UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RONALD KATT, | ) CV 08-6796-DSF (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint is dismissed.

DATED: _11/23/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE